1   Brett L. Gibbs, Esq. (SBN 251000)
    Of Counsel to Prenda Law Inc.
2   38 Miller Avenue, #263
    Mill Valley, CA 94941
3   415-325-5900
    blgibbs@wefightpiracy.com
4
    *Attorney for Plaintiff*
5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         NORTHERN DISTRICT OF CALIFORNIA

9                               SAN JOSE DIVISION

10

11
    AF HOLDINGS LLC,                    )      **No. C-12-02394 LHK**
12                                      )
                   Plaintiff,           )      **PLAINTIFF'S NOTICE OF**
13          v.                          )      **WITHDRAWAL OF ITS *EX PARTE***
                                        )      **APPLICATION FOR LEAVE TO**
14  JOHN DOE,                           )      **TAKE EXPEDITED DISCOVERY**
                                        )
15                 Defendant.           )
                                        )
16  _____)

17

18
         **PLAINTIFF'S NOTICE OF WITHDRAWAL OF ITS *EX PARTE* APPLICATION**
19                **FOR LEAVE TO TAKE EXPEDITED DISCOVERY**

20          TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21          NOTICE IS HEREBY GIVEN that Plaintiff AF Holdings LLC hereby withdraws its *ex parte*

22  application for leave to take expedited discovery filed in this action on May 30, 2012.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   Respectfully Submitted,

2                                                  AF HOLDINGS LLC,

3   **DATED: July 10, 2012**

4                                        By:      /s/  Brett L. Gibbs, Esq.

5
                                                 Brett L. Gibbs, Esq. (SBN 251000)
6                                                Of Counsel to Prenda Law Inc.
                                                 38 Miller Avenue, #263
7                                                Mill Valley, CA 94941
                                                 blgibbs@wefightpiracy.com
8
                                                 *Attorney for Plaintiff*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF WITHDRAWAL OF *EX PARTE* APPLICATION          No. C-12-02394 LHK