UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 5:12-CV-2394-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

IT IS HEREBY ORDERED that the case management conference currently scheduled for September 5, 2012, is CONTINUED to Wednesday, October 24, 2012, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 4, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-2394
ORDER CONTINUING CASE MANAGEMENT CONFERENCE