UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JANE DOE, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 12-CV-2394-LHK <br><br> ORDER RE: FILING OF JOINT CASE MANAGEMENT STATEMENT |

Pursuant to the Local Rules, the parties were required to file a Case Management Conference Statement by October 17, 2012, seven days in advance of the parties' October 24, 2012 Case Management Conference. The parties have not yet filed a Case Management Conference Statement. The parties are hereby ORDERED to file a case management conference statement by 6:00 p.m. on Monday, October 22, 2012.

**IT IS SO ORDERED.**

Dated: October 19, 2012

_____
LUCY H. KOH
United States District Judge